# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00740-CV

### Guadalupe Cuellar and Raul Pavon Sarrelangue, Appellants

### v.

### Samantha Jennifer Lowry, Appellee

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT
### NO. D-1-GN-07-002030, HONORABLE GUS J. STRAUSS JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Guadalupe Cuellar and Raul Pavon Sarrelangue and appellee Samantha Jennifer Lowry no longer wish to pursue this appeal and have filed a joint motion to dismiss. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(1).

 

Diane M. Henson

Before Justices Pemberton, Waldrop and Henson

Dismissed on Joint Motion

Filed:   January 27, 2009